

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

Mona Simonian
Partner

Direct Tel: 212-326-0413
MSimonian@PRYORCASHMAN.com

January 29, 2021

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

      Re:    <u>'94 Sounds LLC v. Jamir Rucks and Alamo Records LLC,</u> 20-cv-08367

Dear Judge Abrams:

      We represent Defendants Jamir Rucks and Alamo Records LLC ("Defendants") in connection with the above-referenced action. In accordance with Rule 1.D of your Honor's Individual Rules, we write, with the consent of Plaintiff '94 Sounds LLC's ("Plaintiff") counsel, to respectfully request an extension of certain deadlines in connection with Plaintiff's Amended Complaint filed on January 26, 2021 (ECF Doc. No. 29).

      Rule 4.C of Your Honor's Individual Rules, requires Defendants within 14 days from the filing of the amended pleading, *i.e.*, February 9, 2021, to either file an answer, file a new motion to dismiss, or advise the Court that they are relying on their previously filed motion to dismiss. However, as contemplated in Plaintiff's December 23, 2020 letter, which was so-ordered by this Court on December 28, 2020 (ECF Doc. No. 26), upon filing of an Amended Complaint by Plaintiff, the parties were to meet and confer on a revised briefing schedule in the event Defendants elected to file a new motion to dismiss the amended pleading. *Id.*

      On January 28, 2021, the parties' counsel met and conferred regarding the briefing schedule for Defendants' new motion to dismiss and have agreed to the following briefing schedule:

- Defendants' Moving Papers due on or before February 26, 2021
- Plaintiff's Opposition due on or before March 30, 2021
- Defendants' Reply due on or before April 16, 2021



Hon. Ronnie Abrams, U.S.D.J.
January 29, 2021
Page 2

      No prior request for the extensions sought herein have been made. The extensions requested herein do not affect any of the scheduled dates set forth in the Court's Case Management Plan and Scheduling Order. (ECF Doc. No. 20).

      We thank the Court for its time and consideration, and should Your Honor need any further information or if the Court would like to discuss any of the above, we are available at the Court's convenience.

Respectfully Submitted,

*s/ Mona Simonian*

Mona Simonian

cc: Counsel of Record (via ECF)

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
February 1, 2021