UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
94 SOUNDS, LLC

                                Plaintiff,

v.

JAMIR RUCKS and ALAMO RECORDS LLC

                               Defendants.
---------------------------------------------------------X

**ORDER APPROVING CONFIDENTIALITY STIPULATION**

Case No.: 1:20-cv-08367

HON. RONNIE ABRAMS, United States District Judge:

      The Court has received the parties' Joint Proposed Confidentiality Stipulation and Order ("Protective Order") and Motion for a Protective Order. The parties have entered into the Protective Order in order to protect certain confidential commercial or financial information and proprietary or confidential business and/or personal information that may be exchanged during the course of this litigation and to avoid unauthorized disclosure of this information and have requested that the Court approve the Protective Order and adopt it as an Order of the Court. The parties' request that the Protective Order be made an Order of the Court is HEREBY GRANTED, as good cause has been shown, and the parties, and any non-parties who agree to be bound by the terms of the Protective Order, are directed to comply with the Protective Order in accordance with its terms.

      Any party seeking to file a document under seal or in redacted form shall follow the procedures outlined in Rule 5.A of the Court's Individual Rules & Practices in Civil Cases. Accordingly, any application to seal shall indicate the portion or portions of the information it seeks to have sealed and shall demonstrate that the standards for sealing have been met and specifically addressing the applicability of *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-120 (2d Cir. 2006) and any other controlling authority.

DATED:    April 12, 2021
                New York, New York

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE